Lisa N. Neal (State Bar No. 205465)
lneal@rutan.com
Eva Finley (State Bar No. 366777)
efinley@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant
CG ZETA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KRESTAL EUGENE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CG ZETA, LLC; NATOMAS II APARTMENTS, LLC; APARTMENT MANAGEMENT CONSULTANTS, INC.; APARTMENT MANAGEMENT CONSULTANTS, LLC; and AMC-CA, INCORPORATED, d/b/a AMC, AMC-CA, AND APARTMENT MANAGEMENT CONSULTANTS,<br><br>Defendants. | Case No. 2:26-CV-03267-WBS-CSK<br>Honorable William B. Shubb<br>Courtroom 5<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT CG ZETA, LLC'S RESPONSIVE PLEADING DEADLINE; ORDER**<br><br>**[L.R. 143, 144]**<br><br>Complaint filed: September 14, 2026<br><br>Service date: October 21, 2026<br><br>Current date for response to Complaint: November 3, 2026<br><br>New date for response to Complaint: December 3, 2026 |

/ / /

/ / /

/ / /

Defendant CG Zeta, LLC ("CG Zeta"), on the one hand, and Plaintiff Krestal Eugene Johnson ("Plaintiff") (collectively, the "Parties"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, Plaintiff filed the Class Action Complaint (the "Complaint") in this action on or about September 14, 2026;

WHEREAS, CG Zeta's deadline to answer or otherwise respond to the Complaint is currently November 3, 2026;

WHEREAS, CG Zeta has requested, and Plaintiff has agreed to, a 30-day extension of that deadline so that CG Zeta and its counsel may complete their investigation of the Complaint's allegations and prepare CG Zeta's responsive pleading;

WHEREAS, this is the first extension of CG Zeta's deadline to respond to the Complaint, the requested extension is sought in good faith and not for purposes of delay, and no party will be prejudiced by the extension;

WHEREAS, because the requested extension exceeds the 28-day period that Local Rule 144(a) permits by stipulation without Court approval, the parties submit this Stipulation for the Court's approval pursuant to Local Rules 143 and 144;

WHEREAS, the requested extension will not affect any other date or deadline set in this action, including the status conference currently scheduled for February 22, 2027;

**STIPULATION**

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 143 and 144, the Parties, by and through their respective counsel of record, hereby stipulate and agreed, subject to the approval of the Court, that:

1. The deadline for Defendant CG Zeta, LLC to answer or otherwise respond to the Complaint is extended from November 3, 2026, to and including December 3, 2026.

2. This Stipulation, and the extension granted hereunder, does not constitute a waiver of any claim, right, or defense of any party, including any defense available under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: October 29, 2026 RUTAN & TUCKER, LLP

By: */s/ Lisa N. Neal*
Lisa N. Neal
Attorneys for Defendant
CG ZETA, LLC

Dated: October 29, 2026 BRYSON HARRIS SUCIU DEMAY PLLC
TRENTON R. KASHIMA

By: */s/ Trenton R. Kashima, as authorized on 10/29/26*
Trenton R. Kashima
Attorneys for Plaintiff
KRESTAL EUGENE JOHNSON

# ORDER

Having reviewed the Parties' stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT**: Defendant CG Zeta, LLC's deadline to answer or otherwise respond to Plaintiff Krestal Eugene Johnson's Complaint is extended from November 3, 2026, to and including December 3, 2026.

Dated: November 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, a true and correct copy of the foregoing **JOINT STIPULATION TO EXTEND DEFENDANT CG ZETA, LLC'S RESPONSIVE PLEADING DEADLINE** was filed electronically with the Clerk of the above-captioned Court utilizing the Court's CM/ECF system, resulting in an automatic transmission of a Notice of Electronic Filing to all counsel of record in the above-referenced proceeding.

*/s/ Laura Fenwick*
Laura Fenwick