IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRESTAL EUGENE JOHNSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CG ZETA, LLC; NATOMAS II APARTMENTS, LLC; APARTMENT MANAGEMENT CONSULTANTS, INC.; APARTMENT MANAGEMENT CONSULTANTS, LLC; and AMC-CA, INCORPORATED, d/b/a AMC, AMC-CA, AND APARTMENT MANAGEMENT CONSULTANTS,

Defendants.

Case No. 2:26-cv-03267-WBS-CSK

**Order Granting Stipulated Request to (1) Extend Responsive Pleading Deadline, (2) Establish Coordinated Briefing and Hearing Schedule for Motions to Compel Arbitration and (3) Reschedule Scheduling Conference**

**[L.R. 144]**

Complaint filed: September 14, 2026

Service dates: October 9, 2026, October 15, 2026, and October 21, 2026

Current dates for response to Complaint: November 20, 2026 and December 3, 2026

New date for response to Complaint: December 11, 2026

On November 12, 2026, Defendants Apartment Management Consultants, LLC (also erroneously named as Apartment Management Consultants, Inc.), AMC-CA, Inc., and CG Zeta, LLC (collectively, "Defendants"), on the one hand, and plaintiff Krestal Eugene Johnson ("Johnson" or "Plaintiff") (collectively, the "Parties"), filed a Stipulated Request to (1) Extend Responsive Pleading Deadline, (2) Establish Coordinated Briefing and Hearing Schedule for Motions to Compel Arbitration and (3) Reschedule Scheduling Conference ("Stipulated Request").

The Court, having considered the Parties' Stipulated Request and finding good cause therefor, hereby GRANTS the Stipulated Request and orders as follows:

1. That Defendants' deadline to answer or otherwise respond to the Complaint be extended to and including December 11, 2026;

2. That the Court adopts the following briefing schedule for all Defendants' motions to compel arbitration: (a) that Plaintiff's opposition be filed on or before January 6, 2027 and (b) Defendants' reply briefs be filed on or before January 25, 2027;

3. That the Court sets Defendants' motions to compel arbitration for February 16, 2027 or such other date as is convenient to the Court; and

4. That the scheduling conference, currently set for February 22, 2027 at 1:30 p.m., be vacated and rescheduled for April 19, 2027 at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE